BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                      )<br>                                                                )<br>                    Plaintiff,                       )<br>                                                                )<br>         v.                                                    )<br>                                                                )<br>Juan Manuel PEREZ-Galeana,              )<br>  aka Candelano SUAZO-Corrona,     )<br>                                                                )<br>                    Defendants.                  )<br>_____ ) | Case No. 5 12-mi-00070 JLT<br><br>ORDER |

For the reasons set forth in the government's motion, IT IS HEREBY ORDERED that the complaint in the above-entitled case be dismissed, without prejudice, against the above-named defendant.

IT IS FURTHER ORDERED that the arrest warrant issued in connection with the complaint be recalled.

IT IS FURTHER ORDERED that the government's motion be SEALED until further order of this Court.

IT IS SO ORDERED.

Dated:   **December 5, 2012**                                      **/s/ Jennifer L. Thurston**
                                                                                    UNITED STATES MAGISTRATE JUDGE

1